Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br>*Plaintiffs*<br><br>v.<br><br>ANMELON, APZNOE-US, BAIDA STORE, CAILIYONGO, COCOMEION MALL, COCONEW, DISAPAK, DREAM SIX, DRECLUEY, FOSHANSHISIYOUKEFUSHIYOUXIANGONGSI, HEART-TO-HEART TRADE, HHAHAMIN, HUGLE-US, IMOEJOY-US, JOY-EXPRESS, LANZ SMART LIMITED 525, MEIJUNDIAN, PARTY-COCO, PARTYGO, PINKBB, RUIBOTM, SZMIYU, TEWEIXUN6688, WANZON, WEAREPEND STORE, WEIERDING, YOU ARE THE ONLY and 广州徐迪贸易有限公司,<br><br>*Defendants* | 22-cv-2397 (DLC)<br><br>[PROPOSED] <br>UNSEALING ORDER |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this 15th day of April, 2022.
New York, New York

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

2