

Epstein Drangel LLP
60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

May 26, 2022

**VIA EMAIL**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> *Moonbug Entertainment Limited, et al., v. Almall, et al.*
> **Case No. 22-cv-2395 ("Case I")**
> *Moonbug Entertainment Limited, et al. v. ANMELON, et al.*
> **Case No. 22-cv-2397 ("Case II")**
> **Request to Withdraw as Counsel**

Dear Judge Cote,

Pursuant to Local Rule 1.4, I, Karena K. Ioannou, respectfully move to withdraw as counsel of record for Plaintiffs in the above-referenced action as I am leaving Epstein Drangel L.L.P. I respectfully submit that since there will be no change in the firm or lead counsel representing Plaintiffs, my withdrawal as counsel will not negatively impact Plaintiffs or the administration of justice in this matter. Additionally, my client is aware and consents to the instant motion.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Karena K. Ioannou
Karena K. Ioannou
kioannou@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*

Approved.
/s/ Denise Cote
5/26/22